UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* MARGARET BROWN, | : : : | Case No. 1:09-cv-871 |
| Plaintiff/Relator, | : : | Judge Timothy S. Black |
| vs. | : : | |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, *et al.*, | : : : | |
| Defendants. | : | |

**ORDER STAYING THIS CIVIL ACTION**

On August 10, 2012, Defendant Tri-State Clinical Laboratory Services, LLC filed a voluntary petition for relief under Chapter 7.  (Doc. 38).  Accordingly, the above-captioned action is hereby **STAYED** pursuant to Section 362(a) of the Bankruptcy Code.

Tri-State Clinical Laboratory Services, LLC shall notify the Court when the stay can be lifted.

**IT IS SO ORDERED**.

Date:  8/13/2012                                                           *s/ Timothy S. Black*
                                                                                         Timothy S. Black
                                                                                         United States District Judge